# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MILDENBERGER, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-760L<br>(Hon. Lynn J. Bush) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven D. Bryant as attorney of record for the United States in this action. Service of all papers by electronic mail should be addressed to steven.bryant@usdoj.gov.

U.S. Mail should be addressed to:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(Telephone: 202-305-0424)
(FAX 202-305-0506)

Express or courier deliveries should be addressed to:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
601 D Street, N.W., Rm. 3146
Washington, D.C. 20004

(Telephone: 202-305-0424)
(FAX 202-305-0267)

Dated this 4th day of December, 2006

Respectfully submitted,

s/ Steven D. Bryant
STEVEN D. BRYANT
Trial Attorney
United States Department of Justice
Environment and Natural Resources
Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Voice: (202) 305-0424
Fax: (202) 305-0267