# In the United States Court of Federal Claims

No. 06-760L
Filed: December 8, 2007

| | |
|---|---|
| JOHN R. MILDENBERGER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

SCHEDULING PRELIMINARY ADR CONFERENCE

---

As discussed during the telephone conference held on December 7, 2006, a preliminary conference to evaluate whether this case is appropriate for ADR will be scheduled at a date and time to be agreed upon by the parties following defendant's receipt and evaluation of a litigation report from the Corps of Engineers. Once defendant's counsel has received the litigation report, the parties shall contact this office (Joan Goldfrank (202) 357-6652) to schedule the preliminary conference.

s/John P. Wiese
John P. Wiese
Judge