**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN R. MILDENBERGER, et al.,** | ) | |
| | ) | **No. 06-760L** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Honorable Lynn J. Bush** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO COMPLAINT**

Defendant, United States, hereby moves pursuant to RCFC 6(b) for an enlargement of time of thirty (30) days from the current deadline, to and including Monday, February 12, 2007, in which to respond to plaintiff's Complaint. The Answer is currently due on Friday, January 12, 2007. This is defendant's first request for an extension of time.

This enlargement of time is necessary because counsel for defendant requires additional time to coordinate the response with agency counsel and to fully consider the allegations raised in plaintiff's Complaint in order to determine the appropriate form of its response. Additionally, the undersigned attorney of record will be on active duty military training from January 8, 2007 to January 19, 2007.

Counsel for plaintiff does not oppose granting of this motion for an enlargement of time.

Accordingly, defendant respectfully moves for an enlargement of time of thirty (30) days from the current deadline, to and including Monday, February 12, 2007, in which to respond to plaintiff's Complaint.

Dated: January 5, 2007

Respectfully submitted,

Sue Ellen Wooldridge
Environment & Natural Resources Division
Assistant Attorney General

s/ Steven D. Bryant
Steven D. Bryant
Attorney of Record
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424 (phone)
(202) 305-0267 (fax)
steven.bryant@usdoj.gov

Brooks W. Moore
Assistant District Counsel
U.S. Army Corps of Engineers
Jacksonville District
701 San Marco Boulevard
Jacksonville, Florida 32207