# In the United States Court of Federal Claims

No. 06-760 L

(Filed January 8, 2007)

* * * * * * * * * * * * * * * * * * * * * *
JOHN R. MILDENBERGER, et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 5, 2007, defendant filed an Unopposed Motion for an Enlargement of Time of thirty days, to and including February 12, 2007, within which to file its response to plaintiffs' complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge