# In the United States Court of Federal Claims

No. 06-760L
Filed: February 12, 2007

| | |
|---|---|
| JOHN R. MILDENBERGER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

REMOVING CASE FROM ADR PILOT PROGRAM

The parties have concluded that this case is not appropriate for ADR. Accordingly, the case shall be removed from the ADR pilot program.

s/John P. Wiese
John P. Wiese
Judge