**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN R. MILDENBERGER, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-760L |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | Judge Lynn J. Bush |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND APRIL 13, 2007 SCHEDULING ORDER**

COME NOW the parties and represent to the Court that on various dates between August 15 and August 22, 2007 the parties conferred and agreed to move the Court to amend the discovery schedule. The parties are progressing with discovery; however, due to the voluminous amount of documents, as well as the difficulty in coordinating with the large number of plaintiffs to respond to discovery, including working around summer travel schedules, the parties will need an additional time to complete discovery. Based on the foregoing, the parties respectfully request the following schedule:

1. The parties shall conclude fact discovery by Tuesday, December 11, 2007.

2. The parties shall identify and disclose experts by Tuesday, December 18, 2007.

3. The parties shall conclude expert discovery and exchange expert reports by Friday, January 14, 2008.

4. The parties shall file a joint status report regarding, *inter alia*, the progress of discovery and any issues that have arisen or that the parties anticipate by Friday January 28, 2008.

This is the parties' first request to amend the schedule.

Dated: August 22, 2007 Respectfully submitted,

/s/ Roger J. Marzulla
Marzulla & Marzulla
1350 Connecticut Ave, NW
Suite 410
Washington, D.C. 20036
rogermarzulla@marzulla.com

Counsel for Plaintiffs

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov

Counsel for Defendant