# In the United States Court of Federal Claims

No. 06-760 L

(Filed August 23, 2007)

* * * * * * * * * * * * * * * * * * * * * *
JOHN R. MILDENBERGER, et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 22, 2007, the parties filed a Joint Motion to Amend the court's April 13, 2007 Scheduling Order. Therein, the parties report that they are progressing with discovery. However, due to the large volume of documents, and the need to coordinate with many plaintiffs, including working around various schedules, the parties request additional time.

Accordingly, it is **ORDERED** that the parties' proposed schedule is **GRANTED**:

(1) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions, as well as any amendment of pleadings shall be **COMPLETED** on or before **December 11, 2007**.

(2) The parties shall identify and disclose all **expert witnesses** by **December 18, 2007**.

(3) The parties shall **COMPLETE** all **expert discovery** and **exchange expert reports** on or before **January 14, 2008**.

(4) On **January 28, 2008**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge