# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN R. MILDENBERGER, et al., | ) | |
| Plaintiffs, | ) | (No. 06-760L) |
| v. | ) | Judge Lynn J. Bush |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT MOTION TO AMEND AUGUST 23, 2007 SCHEDULING ORDER

Plaintiffs, John R. Mildenberger et al., and Defendant, the United States, jointly request the Court to amend the discovery schedule as described below. This is the parties' second joint request to amend the schedule.

The parties are progressing with discovery and are scheduled to complete the first round of depositions during the period from November 26 to December 7, 2007. However, due to the difficulty in scheduling depositions of the large number of plaintiffs and Corps officials involved in this litigation, and the complexity of the issues raised in this lawsuit, the parties will need additional time to complete discovery. As a result, the parties respectfully request the following proposed schedule:

1. The parties shall conclude fact discovery by Tuesday, January 29, 2008.

2. The parties shall identify their expert witnesses and exchange written reports prepared by the expert witness, as contemplated by Rule 26(a)(2), by Tuesday, January 29, 2008.

3. The parties shall conclude expert discovery by Friday, February 29, 2008.

4. The parties shall file with the Court a joint status report regarding discovery by Friday, March 21, 2008.

Respectfully submitted,

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla Law
1350 Connecticut Ave, NW
Suite 410
Washington, D.C. 20036
rogermarzulla@marzulla.com
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Counsel for Plaintiffs

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov
(202) 305-0424 (phone)
(202) 305-0267 (fax)

Counsel for Defendant

Dated: November 16, 2007