## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN R. MILDENBERGER, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | (No. 06-760L) Judge Lynn J. Bush |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk:

Please register the following change in the name of Plaintiffs' counsel in the above-captioned matter from Marzulla & Marzulla to Marzulla Law. Service of all papers by U.S. Mail, whether regular mail or Express (U.S.) Mail, should be addressed to:

Marzulla Law
1350 Connecticut Avenue, NW
Suite 410
Washington D.C. 20036
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Respectfully submitted,

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla Law
1350 Connecticut Ave, NW
Suite 410
Washington, D.C. 20036
rogermarzulla@marzulla.com
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Dated: November 16, 2007

Counsel for Plaintiffs