# In the United States Court of Federal Claims

No. 06-760 L

(Filed November 26, 2007)

* * * * * * * * * * * * * * * * * * * * * *
JOHN R. MILDENBERGER, et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On November 16, 2007, the parties filed a Joint Motion to Amend the court's August 23, 2007 Scheduling Order. Therein, the parties report that they are progressing with discovery. However, due to the difficulty in scheduling depositions, the parties request additional time.

Accordingly, it is **ORDERED** that the parties' proposed schedule is **GRANTED**:

(1) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions, as well as any amendment of pleadings shall be **COMPLETED** on or before **January 29, 2007**.

(2) The parties shall identify and exchange disclose all **expert witnesses** by **January 29, 2008**.

(3) The parties shall **COMPLETE** all **expert discovery** and **exchange expert reports** on or before **February 29, 2008**.

(4) On **March 21, 2008**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge