IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN R. MILDENBERGER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | (No. 06-760L)<br>Judge Lynn J. Bush |

**JOINT MOTION TO PARTIALLY AMEND THE NOVEMBER 26, 2007 SCHEDULING ORDER**

Plaintiffs, John R. Mildenberger, *et al.*, and Defendant, the United States, jointly request the Court to partially amend the discovery schedule as described below. This is the parties' third and final joint request to amend the discovery schedule.

Since the last modification to the discovery schedule in November, 2007, the parties have made substantial progress in conducting discovery. The parties have completed written discovery and an extensive first round of depositions, including 12 plaintiffs and several Corps personnel, during the period from November 26 to December 7, 2007. The parties, however, have encountered difficulty in scheduling the depositions of the remaining plaintiffs to be deposed, other relevant Corps personnel, and third-party witnesses who have knowledge relating to the issues in this litigation. As a result, the parties will need additional time to complete fact depositions and expert discovery. Accordingly, the parties respectfully request the Court to enter the following modified discovery schedule:

1. The cutoff for written fact discovery will remain January 29, 2008.

2. The parties shall identify their expert witnesses, and exchange written reports prepared by the expert witnesses as contemplated by Rule 26(a)(2), on or before February 29, 2008.

3. The parties shall conclude fact depositions, as well as all expert discovery, by March 31, 2008.

4. The parties shall file with the Court a joint status report regarding discovery by April 18, 2008.

Respectfully submitted,

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla Law
1350 Connecticut Ave, NW
Suite 410
Washington, D.C. 20036
rogermarzulla@marzulla.com
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Counsel for Plaintiffs

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov
(202) 305-0424 (phone)
(202) 305-0267 (fax)

Counsel for Defendant

Dated: January 28, 2008