IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(E-Filed March 12, 2008)

| | | |
|---|---|---|
| JOHN R. MILDENBERGER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | (No. 06-760L)<br>Judge Lynn J. Bush |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO PARTIALLY AMEND THE JANUARY 30, 2008 SCHEDULING ORDER**

Defendant, the United States, requests that the Court amend the discovery schedule with respect to expert discovery. The parties have continued to make substantial progress with discovery, including two final rounds of fact depositions in Jacksonville, Florida February 11 – 14, 2008 and Stuart, Florida February 25 – 28, 2008. The current schedule provided for the exchange of expert reports pursuant to Rule 26(a)(2), on or before February 29, 2008[1] and the completion of expert discovery on March 31, 2008. However, the undersigned counsel has a number of commitments discussed below that preclude completing expert discovery by March 31, 2008; therefore, defendant requests that this Court extend expert discovery until June 20, 2008.[2] Counsel for defendant has conferred with counsel for plaintiffs regarding this motion by phone and email March 5 – 11, 2008, and has been informed that plaintiffs do not oppose.

The undersigned counsel's conflicts in March through May of this year associated with other cases are highlighted by the following: (1) oral argument on a dispositive motion on March 13, 2008 (2) a deposition in Detroit, Michigan on March 20, 2008, 3) a Joint Status

[1] Defendant did not oppose plaintiffs' request for a short delay to produce expert reports on March 5, 2008.
[2] The parties will begin expert discovery, including depositions of defendant's three experts in Atlanta, Georgia and West Palm Beach, Florida, March 31 – April 3, 2008.

Report concerning the progress of a multi-million dollar settlement on March 24, 2008, 4) a Pretrial Conference including argument on pending Motions in Limine on March 28, 2008,[3] 5) travel April 25 through May 2, 2008 for a trial in South Dakota and 6) depositions in Detroit, Michigan May 12 – 16, 2008.

In addition to case-related commitments, the undersigned counsel's six-year old daughter is undergoing eye surgery requiring general anesthesia on March 28, 2008. Additionally, counsel is a reserve officer in the United States Army Judge Advocate General's Corps, who will have at least one, and likely two weekend drill obligations over the next two months.

As a result, defendant will need additional time to complete expert discovery. Accordingly, defendant respectfully requests the Court to amend the discovery schedule to allow expert discovery through June 20, 2008, followed by a joint status report regarding status of the proceedings by July 11, 2008.

Submitted this 12th day of March 2008.

Respectfully submitted,

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov
(202) 305-0424 (phone)
(202) 305-0506 (fax)

Counsel for Defendant

[3] Counsel has requested and anticipates that the Pretrial Conference will be moved to March 27, 2008 so that counsel can attend his daughter's surgery.