# In the United States Court of Federal Claims

No. 06-760 L
(Filed March 17, 2008)

* * * * * * * * * * * * * * * * * * * * * *
JOHN R. MILDENBERGER, et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 12, 2008, defendant filed an Unopposed Motion to Partially Amend the January 30, 2008 Scheduling Order. Therein, defendant reports that the parties are progressing with discovery. However, due to scheduling conflicts, defendant is unable to meet the deadlines set forth in the court's order of January 30, 2008 and requests additional time.

Accordingly, it is **ORDERED** that:

(1) the defendant's motion is **GRANTED**:

(2) The parties shall conclude fact depositions, as well as all expert discovery on or before **June 20, 2008**;

(3) On **July 11, 2008**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A,

¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge