IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN R. MILDENBERGER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | (No. 06-760L)<br>Judge Lynn J. Bush |

**JOINT MOTION TO ENLARGE THE DEADLINES FOR COMPLETION OF DISCOVERY AND FOR THE SUBMISSION OF A JOINT STATUS REPORT**

Plaintiffs, John R. Mildenberger, et al., and Defendant, the United States, jointly request the Court to enlarge the deadline for the completion of discovery to, and including, August 8, 2008 for the limited purpose of completing a small number of open discovery items, many of which arose during recent depositions. The current deadline for the completion of discovery is June 20, 2008. The parties also request that the deadline for the submission of the parties' Joint Status Report, currently set for July 11, 2008, be enlarged to August 18, 2008, or to a date convenient for the Court. This is the parties' first joint request to enlarge these deadlines for this limited purpose.[1]

Since the last modification to the discovery schedule was made pursuant to the United States' March 12, 2008 motion, the parties have completed their exchange of expert disclosures and reports, and have conducted the depositions of eight expert witnesses in various out-of-town locations. The parties completed four such depositions in Stuart, Florida during the period June 17, 2008 to June 19, 2008. As a result, the parties have essentially completed all of their

[1] The schedule in this case has been modified for other reasons on four previous occasions, three by joint motion and one by Defendant's unopposed motion.

discovery efforts. However, as noted, a limited number of discovery items remain to be finished. These include, among other potential items, the production of documents that were identified during depositions and the possible completion of the deposition of Dr. Bjorn Tunberg, a marine ecologist working for the Smithsonian Institute.

Although the parties believe that the remaining discovery tasks can be completed in relatively short order, counsel for the Government has indicated that his schedule commitments in other cases over the next several weeks will not allow him sufficient time to complete the tasks before the requested deadlines. As a result, the parties will need the requested enlargements to complete their discovery efforts and submit their Joint Status Report.

Accordingly, the parties respectfully request the Court to grant this joint motion to enlarge the current deadline for the completion of discovery to August 8, 2008, and to enlarge the deadline for the submission of the parties' joint status report to August 18, 2008 or to a date convenient for the Court.

Respectfully submitted,

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla Law
1350 Connecticut Ave, NW
Suite 410
Washington, D.C. 20036
rogermarzulla@marzulla.com
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Counsel for Plaintiffs

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov
(202) 305-0424 (phone)
(202) 305-0267 (fax)

Counsel for Defendant

Dated: June 20, 2008