# In the United States Court of Federal Claims

No. 06-760 L
(Filed June 23, 2008)

* * * * * * * * * * * * * * * * * * * * * *
JOHN R. MILDENBERGER, et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 20, 2008, the parties filed a Joint Motion to Enlarge the Deadlines for Completion of Discovery and for the Submission of a Joint Status Report. Therein, the parties requests that the court enlarge the deadline for the completion of discovery, to and including August 8, 2008, and enlarge the deadline for the submission of the parties' Joint Status Report, to and including August 18, 2008.

Accordingly, it is **ORDERED** that:

(1) The parties' motion is **GRANTED**:

(2) The parties shall conclude all discovery on or before **August 8, 2008**; and

(3) On **August 18, 2008**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A,

¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge