IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN R. MILDENBERGER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | (No. 06-760L)<br>Judge Lynn J. Bush |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ENLARGE THE DEADLINE FOR COMPLETION OF DISCOVERY**

Plaintiffs, John R. Mildenberger, et al., and Defendant, the United States, jointly request the Court to enlarge the deadline for the completion of discovery to, and including, August 18, 2008 for the limited purpose of completing a small number of open discovery items. The current deadline for the completion of discovery is August 8, 2008. This is the parties' second joint request to enlarge the discovery deadline for this limited purpose.[1]

Since the last modification to the discovery schedule was made pursuant to the parties' joint motion dated June 20, 2008, the parties have completed almost all of the open discovery items. As noted in the June 20 joint motion, the parties have essentially completed all of their discovery efforts. However, a limited number of discovery items remain to be finished, including the production of certain documents that were identified during depositions and the possible continuation of two depositions.

[1] The schedule in this case has been modified for other reasons on four previous occasions, three by joint motion and one by Defendant's unopposed motion.

The parties believe that the remaining discovery tasks can be completed in relatively short order; accordingly, the parties do not believe that an extension of the current August 18 deadline for the joint status report is necessary.

Accordingly, the parties respectfully request the Court to grant this joint motion to enlarge the current deadline for the completion of discovery to August 18, 2008.

Respectfully submitted,

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla Law
1350 Connecticut Ave, NW
Suite 410
Washington, D.C. 20036
rogermarzulla@marzulla.com
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Counsel for Plaintiffs

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov
(202) 305-0424 (phone)
(202) 305-0267 (fax)

Counsel for Defendant

Dated: August 8, 2008