# In the United States Court of Federal Claims

No. 06-760 L

(Filed August 11, 2008)

* * * * * * * * * * * * * * * * * * * * * *

JOHN R. MILDENBERGER, et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 8, 2008, the parties filed a Joint Motion to Enlarge the Deadlines for Completion of Discovery in the subject matter. Therein, the parties request that the court enlarge the deadline for the completion of discovery, to and including August 18, 2008. The parties state that their current deadline of August 18, 2008 for the filing of the parties' Joint Status Report should remain unchanged.

Accordingly, it is **ORDERED** that the parties' motion is **GRANTED**; the parties shall conclude all discovery, on or before **August 18, 2008**; and the parties are directed to **FILE** a **Joint Status Report**, on that same date, informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge