IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN R. MILDENBERGER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | (No. 06-760L)<br>Judge Lynn J. Bush |

**JOINT STATUS REPORT**

As required by this Court's April 17, 2007 Preliminary Scheduling Order, Plaintiffs, John R. Mildenberger et al., and Defendant, the United States, respectfully submit this Joint Status Report.

1. **Status of the Proceedings**: With a few minor exceptions, the parties have completed all discovery in this case, including expert discovery.

a. **Defendant's Witness Dr. Bjorn Tunberg**: Dr. Tunberg is a marine ecologist under contract with the Smithsonian Institute. Under his Smithsonian contract, Dr. Tunberg provides marine ecology research reports regarding the Indian River Lagoon (a water body directly connected to the St. Lucie Estuary) for the South Florida Water Management District (SFWMD). Plaintiffs originally deposed Dr. Tunberg on June 18, 2008; however, the Government did not allow Dr. Tunberg to testify in connection with the reports he had prepared for SFWMD. On August 8, 2008, the Government advised Plaintiffs that it would no longer object to Dr. Tunberg's being deposed regarding these reports.

Plaintiffs believe that Dr. Tunberg's testimony is potentially relevant to the causes and effects of pollution in the St. Lucie Estuary/Indian River Lagoon. Although Defendant disagrees

with Plaintiffs' position on this issue, the parties have agreed to schedule Dr. Tunberg's deposition. Due to conflicting schedules for all concerned, Dr. Tunberg's deposition has been scheduled for September 5, 2008.

b. **Defendant's Expert Witness Dr. Peter Doering**: Dr. Doering is a Chief Scientist in the Watershed Management Department for the South Florida Water Management District whom Plaintiffs originally deposed on April 3, 2008. During his deposition, Dr. Doering received an instruction not to answer by SFWMD counsel on grounds of privilege. The parties currently are trying to resolve this issue informally; however, if these attempts are unsuccessful, Plaintiffs intend to file a motion to compel Dr. Doering's testimony on or before August 21, 2008.

c. **Documents**: The parties are finalizing the exchange of documents that were identified during depositions. At this time, the parties do not anticipate requiring the Court's assistance in this area.

2. **Settlement**: The parties agree that there are no prospects for settlement of this case.

3. **Proposed Schedule**: Defendant intends to file a motion for summary judgment in an attempt to resolve all liability issues. Plaintiffs agree that all or some of the liability issues currently before the Court are susceptible to resolution by summary judgment.

The parties have not reached complete agreement upon the briefing schedule. However, because counsel for Defendant has a two-week trial scheduled for December, 2008, the parties agree that initial briefing should be scheduled for January 16, 2009. Accordingly, Plaintiffs propose that the Court enter an order containing the following briefing schedule:

- Defendant's Dispositive Motion — January 16, 2009
- Plaintiffs' Cross- Motion for Summary Judgment and Opposition to Defendant's Dispositive Motion — February 13, 2009

- Defendant's Opposition to Plaintiffs' Cross-Motion and Reply to Plaintiffs' Opposition — March 13, 2009
- Plaintiffs' Reply to Defendant's Opposition — March 27, 2009

Defendant proposes the following schedule, which contemplates simultaneous filings by the parties:

- Filing of Dispositive Motions — January 16, 2009
- Responses to Dispositive Motions — February 13, 2009
- Replies in Support of Dispositive Motions — March 13, 2009

Respectfully submitted,

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Div.
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004
steven.bryant@usdoj.gov
(202) 305-0424 (phone)
(202) 305-0267 (fax)

Counsel for Defendant

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
Marzulla Law
1350 Connecticut Ave, NW
Suite 410
Washington, D.C. 20036
rogermarzulla@marzulla.com
(202) 822-6760 (phone)
(202) 822-6774 (fax)

Counsel for Plaintiffs

Dated: August 18, 2008