# In the United States Court of Federal Claims

No. 06-760 L

(Filed August 21, 2008)

* * * * * * * * * * * * * * * * * * * * * *
JOHN R. MILDENBERGER, et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 18, 2008, pursuant to the court's order of August 11, 2008, the parties filed a Joint Status Report in the subject matter. Therein, the parties reported to the court that they anticipate that this case will go forward to trial. In that regard, defendant intends to file a motion for summary judgment on liability issues and plaintiff agrees that all or some liability issues may be resolved through summary judgment. The parties propose two separate schedules; plaintiff's schedule proposes the filing of sequential briefs, whereas defendant proposes the filing of simultaneous briefs. The court has determined that it is better served by sequential briefing in this case.

Accordingly, it is hereby **ORDERED** that plaintiff's proposed schedule is **GRANTED**, as follows:

(1) Defendant shall **FILE** its **dispositive motion** on or before **January 16, 2009**;

(2) Plaintiffs shall **FILE** their **cross-motion for summary judgment** and **response/opposition** to defendant's dispositive

motion on or before **February 13, 2009**;

(3) Defendant shall **FILE** its **response/opposition** to plaintiffs' cross-motion and its **reply** to plaintiffs' response/opposition to defendant's dispositive motion on or before **March 13, 2009**;

(4) Plaintiffs shall **FILE** their **reply** to defendant's response/opposition to plaintiffs' cross-motion for summary judgment on or before **March 27, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge